DLD-012
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **24-2178**

KELEN CRISTINA OLIVEIRA; HENRIQUE HALLEY SALDANHA;
E.C.S.; A.C.S., Petitioners

    VS.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA

    (Agency Nos. A220-637-447; A220-637-448; A220-637-449; A220-637-455)

Present:    RESTREPO and FREEMAN, Circuit Judges

    Submitted are:

    (1) Petitioners' motion to stay removal; and

    (2) Government's response

    in the above-captioned case.

                  Respectfully,

                  Clerk

_____ORDER_____
The foregoing motion for a stay of removal is granted as unopposed.

                  By the Court,

                  s/L. Felipe Restrepo
                  Circuit Judge

Dated: December 31, 2024
Amr/cc: All counsel of record

A True Copy:

Patricia S. Dodszuweit, Clerk